**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TERRY LAMAR ANTHONY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 312-108 |
| ) | |
| JACOB BEASLEY, L.T., et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims regarding equal protection and violation of prison regulations are dismissed for failure to state a claim upon which relief may be granted.

SO ORDERED this 19th day of April, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE