ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 AUG 19 PM 2: 16

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

TERRY LAMAR ANTHONY,                )
                                    )
        Plaintiff,                  )
                                    )
   v.                               )   CV 312-108
                                    )
JACOB BEASLEY, L.T., et al.,        )
                                    )
        Defendants.                 )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' Motion to Dismiss for Want of Prosecution is **GRANTED IN PART** and **DENIED IN PART**, (doc. no. 20), Defendants' Pre-Answer Motion to Dismiss is **DENIED AS MOOT**, (doc. no. 10), Plaintiff's complaint is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this ___ day of August, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE